PROB 12A
(Rev.2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Javier Soto</u>     Case Number: <u>3:09-00215</u>

Name of Sentencing Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>August 20, 2010</u>

Original Offense: <u>21 U.S.C. § 846; Conspiracy to Distribute and Possess With Intent to Distribute Marijuana.</u>

Original Sentence: <u>30 months' custody followed by 2 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>November 9, 2011</u>

Assistant U.S. Attorney: <u>Lynne Ingram</u>     Defense Attorney: <u>Erik R. Herbert</u>

---

**THE COURT ORDERS:**

☒ No Action Necessary
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this <u>7th</u> day of <u>June</u>, 2013 and made a part of the record in the above case.

_____
U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
U.S. Probation Officer
Liberty Lander

Place: Nashville, TN

Date: June 6, 2013

# NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall not associate with any person convicted of a felony unless granted permission by the probation officer.**

   On April 23, 2013, United States Probation Officer Juilo Dominguez (MD/FL) met with Javier Soto, who informed that he married federal offender Delilah Jeschke (MD/FL Docket No. 2:10-CR-40-FTM) who was convicted in a separate drug case. The couple married on April 12, 2013. The offender did not report this information to his probation officer until after the fact.

**Compliance with Supervision Conditions and Prior Interventions:**

On August 20, 2010, Javier Soto was sentenced to 30 months' custody followed by 2 years of supervised release for Conspiracy to Distribute and Possess With Intent to Distribute Marijuana, a violation of 21 U.S.C. § 846. Special conditions of supervision include participation in drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by 90 days in a residential reentry center at the direction of the probation officer; furnishing all requested financial records; a prohibition from carrying or possessing firearms, destructive devices or other dangerous weapons; and cooperation in the collection of DNA.

On November 9, 2011, Javier Soto was released from the Bureau of Prisons to the Middle District of Florida to begin his 2-year term of supervised release. He has been supervised by the United States Probation Office in the Middle District of Florida in Orlando, Florida. The Middle District of Florida has not assumed jurisdiction of this case due to a local policy. Mr. Soto is scheduled to terminate from supervision on November 8, 2013. This Report On Offender Under Supervision is being made at the request of the Middle District of Florida.

The offender has completed all special conditions and has maintained overall compliance since his release from prison. He has maintained a stable residence and employment since his release. It was learned that while at the Residential Reentry Center (RRC), Mr. Soto began dating offender Delilah Jeschke who was convicted in a separate drug case. On April 23, 2013, United States Probation Officer Juilo Dominguez met with Mr. Soto, and Mr. Soto informed that he and Jeschke were married on April 12, 2013. Mr. Soto has since provided a marriage certificate verifying this information. The offender did not report this information to his probation officer until after the fact. As such, this report has been prepared to inform the Court of this non-compliance.

**U.S. Probation Officer Recommendation:**
The offender will be issued a letter of reprimand and no other Court action is requested at this time.

This matter has been submitted to Assistant U.S. Attorney, Lynne Ingram, who concurs with the recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer